IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | | |
|---|---|---|
| YANETH FUENTES, ET AL. | § | |
|    *Plaintiff*s | § | |
| | § | |
| | § | NO. 6:14-CV-00179 |
| v. | § | HON. RODNEY GILSTRAP |
| | § | |
| MATTHEW RIGGLE | § | |
|    *Defendant* | § | |

## **DEFENDANT'S NOTICE OF ADDITIONAL DISCLOSURE**

Defendant, Officer Matthew Riggle, has provided his fourth supplemental disclosure, pursuant to this Court's Discovery Order.

                Respectfully submitted,

                M. KEITH DOLLAHITE, P.C.
                5457 Donnybrook Avenue
                Tyler, Texas 75703
                (903) 581-2110
                (903) 581-2113 (Facsimile)
                keith@mkdlaw.us

                /Keith Dollahite/
By:_____
                M. Keith Dollahite
                State Bar No. 05958550

## CERTIFICATE OF SERVICE

The foregoing document was filed electronically in compliance with Local Rule CV-5(a) via the Court's CM/ECF system on July 10, 2015.

/s/ Keith Dollahite
_____